UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| | |
|---|---|
| In Re:<br><br>HOKU MATERIALS, INC., and HOKU CORPORATION,<br><br>Debtors. | Case No. 13-40837-JDP<br>Chapter 7<br><br>(Substantively Consolidated) |

**ORDER ALLOWING CLAIM NUMBER 51 IN AN AMOUNT OF $20,000,000.00**

THIS MATTER came before the Court on the Chapter 7 Trustee's Objection to Claim and Notice, Dkt. No. 891, to the claim filed by Shanghai Alex New Energy Co., Ltd. (Claim No. 51). Notice of the objection to the claim was sent to the creditor and a request for hearing or reply to the objection has not been made within the time period allowed. The Court having reviewed the Objection, and for good cause shown;

IT IS HEREBY ORDERED THAT Shanghai Alex New Energy Co., Ltd.'s Claim No. 51 shall be disallowed to the extent objected to. Claim No. 51 shall be allowed as a general unsecured claim in the amount of $20,000,000.00.

//end of text//

DATED: August 5, 2019

Jim D. Pappas
U.S. Bankruptcy Court Judge

Submitted by Jason R. Naess, Counsel for Gary L. Rainsdon, Trustee