UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:

Hoku Materials, Inc. and
Hoku Corporation,

) CHAPTER 7
)
)
)  CASE NO. 13-40837-JDP
)
)
Debtor(s).   )

FEE PAID
RCPT # 455866

**Turnover of Funds to Clerk**

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. District Court the following funds for the reason stated below:

2, The following funds represent disbursement to creditors which were not Claimed within ninety (90) days and are therefore paid to the Court pursuant to 11 U.S.C. Section 347(a).

| NAME & ADDRESS OF CREDITOR | CHECK # | DATED | AMOUNT | CLAIM# |
|---|---|---|---|---|
| Pollard Industries LLC<br>PO Box 80485<br>Baton Rouge, LA 70898 | #1067 | 5/1/2020 | $3,002.33 | #14 |
| Aldacor Engineering Inc.<br>PO Box 50096<br>Idaho Falls, ID 83405 | #1067 | 5/1/2020 | $312.99 | #40 |
| Heraeus Incorporated<br>Attn: Austin So<br>One Summit Square<br>Langhorne, PA 19407 | #1067 | 5/1/2020 | $925.62 | #49 |
| Shanghai Alex New Energy Co., LTD<br>Mr. Lianwen Zhang, President<br>No. 1666 Feng Pu Road<br>Fengxian District<br>Shanghai, China 201400 | #1067 | 5/1/2020 | $339,510.01 | #51 |
| TOTAL | #1067 | | $343,750.95 | |

Dated this May 1, 2020

/s/
Gary L. Rainsdon, Chapter 7 Trustee