UNITED STATES BANKRUPTCY COURT

DISTRICT OF IDAHO

In Re:                                      )         CHAPTER 7
                                            )
**Hoku Materials, Inc. and**                )
**Hoku Corporation,**                       )
                                            )         CASE NO. 13-40837-JDP
                                            )
                                            )
_____ Debtor(s). ___)

U.S. COURTS

MAY - 7 2020

Rcvd_____ Filed_____ Time_____
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

Opened 5/14/20
PK

### Turnover of Funds to Clerk

The Court having ordered distribution of the assets of the above entitled case and funds remaining after such distribution, the Trustee turns over to the Clerk of the U.S. District Court the following funds for the reason stated below:

2, The following funds represent disbursement to creditors which were not Claimed within ninety (90) days and are therefore paid to the Court pursuant to 11 U.S.C. Section 347(a).

| NAME & ADDRESS OF CREDITOR | CHECK # | DATED | AMOUNT | CLAIM# |
|---|---|---|---|---|
| Pollard Industries LLC<br>PO Box 80485<br>Baton Rouge, LA  70898 | #1120 | 5/4/2020 | $8.37 | #14 |
| Aldacor Engineering Inc.<br>PO Box 50096<br>Idaho Falls, ID  83405 | #1120 | 5/4/2020 | $0.87 | #40 |
| Heraeus Incorporated<br>Attn: Austin So<br>One Summit Square<br>Langhorne, PA  19407 | #1120 | 5/4/2020 | $2.58 | #49 |
| Shanghai Alex New Energy Co., LTD<br>Mr. Lianwen Zhang, President<br>No. 1666 Feng Pu Road<br>Fengxian District<br>Shanghai, China 201400 | #1120 | 5/4/2020 | $946.49 | #51 |
| TOTAL | #1120 | | $958.31 | |

Dated this May 4, 2020

/s/_____
Gary L. Rainsdon, Chapter 7 Trustee

Gary L. Rainsdon, Trustee
PO Box 506
Twin Falls, ID 83303

US Bankruptcy Court
801 E. Sherman
Pocatello, ID 83201

